**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Efrain Sales Gonzalez,

Petitioner,

v.

Todd M Lyons, et al.,

Respondents.

No. CV-26-03648-PHX-AMM (ASB)

**ORDER**

On May 26, 2026, Petitioner Efrain Sales Gonzalez filed a Petition under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to answer the Petition (Doc. 5), and the Petition is now fully briefed (Docs. 1, 7). Thereafter, Petitioner filed a Motion for Ruling asking that the Court rule on the Petition. (Doc. 8.)

The Court is sensitive to the nature of the Petition. The Court will consider the Petition as expeditiously as its caseload permits.

///

///

///

///

///

///

///

///

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Ruling is **GRANTED IN PART** to the extent that this Order updates Petitioner on the status of the case. (Doc. 8.) The motion is **DENIED** as to any other form of relief.

Dated this 9th day of September, 2026.

Honorable Angela M. Martinez
United States District Judge